IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLEY McMURTRY,

        Plaintiff,                    No. 2:12-cv00103 DAD P

    vs.

SALAAM, et al.,

        Defendants.             <u>ORDER</u>

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed December 20, 2012, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On January 24, 2013, plaintiff submitted the USM-285 forms, one summons and one copy of the complaint, but failed to submit two additional copies of his complaint. Plaintiff requests a waiver of the court's order that plaintiff provide three copies of the complaint or an extension of time to obtain the required copies of his complaint. The court will grant plaintiff an extension of time to comply with the court's order.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's January 24, 2013 request for a waiver or an extension of time (Doc. No. 15) is granted in part;

2 Within thirty days, plaintiff shall submit to the court the three copies of the January 12, 2012 complaint required to effect service on defendants. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed; and

3. The Clerk of the Court is directed to return to plaintiff with this order one copy of his endorsed complaint filed on January 12, 2012.

DATED: February 25, 2013.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kly/4
mcmu0103.8f

2