UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLEY McMURTRY,<br><br>    Plaintiff,<br><br>  v.<br><br>HU, et al.,<br><br>    Defendants. | No. 2:12-cv-0103 DAD P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 21, 2015, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Defendants have filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

1     Accordingly, IT IS HEREBY ORDERED that:

2     1. The findings and recommendations filed May 21, 2015 are adopted in full;

3     2. Defendants' motion for summary judgment based on plaintiff's failure to exhaust administrative remedies prior to filing suit as required (ECF No. 39) is denied.

DATED: July 9, 2015

                      /s/ John A. Mendez

                      UNITED STATES DISTRICT COURT JUDGE